Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Jason A. James (Bar No. 265129)
jjames@mmhllp.com
Sevana Babooian (Bar No. 285432)
sbabooian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LISA GALLEGOS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 16-cv-01268-BLF<br><br>**STIPULATION TO CONTINUE THE DATE FOR SUBMISSION OF [PROPOSED] JUDGMENT AND MOTION FOR ATTORNEYS' FEES BY 7 DAYS** |

Plaintiff LISA GALLEGOS ("Plaintiff") and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), by and through their respective counsel of record, hereby stipulate and agree to the following:

WHEREAS, pursuant to the Court's June 5, 2017 Order Granting in Part Plaintiff's Motion for Judgment Under Rule 52; Issuing Findings of Fact and Conclusions of Law Under Rule 52, and Denying Defendant's Motion for Judgment Under Rule 52, ("Order") (Doc. No. 50), the Court directed the parties to submit a Proposed Judgment within thirty (30) days from the date of the Order and further ordered that any motion for attorneys' fees be filed that same date;

WHEREAS, pursuant to the Court's Order, the parties met and conferred and agreed that $92,797.89 is the appropriate amount of benefits due under the Regular Occupation Definition of

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

157309.1

1

Case No. 16-cv-01268-BLF
STIP TO CONT FILING PROP JUDGMENT
AND ATTORNEYS FEES MOTION

Disability, which covers the period of April 12, 2015 to March 14, 2017, in addition to any prejudgment interest to be included in the Proposed Judgment;

WHEREAS, the parties are continuing meeting and conferring regarding the amount or rate of prejudgment interest to be included in the Proposed Judgment;

WHEREAS, Plaintiff has provided Prudential documentation supporting her attorneys' fees and costs, and the parties are continuing meeting and conferring regarding attorneys' fees and costs pursuant to Local Rule 54-5;

WHEREAS, given the upcoming 4th of July holiday, Prudential's representative is on a pre-planned vacation until July 5, 2017;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval that the date for submission of the Proposed Judgment be briefly continued by seven (7) days, until July 12, 2017, and that Plaintiff's Motion for Attorneys' Fees be filed on that same date, July 12, 2017.

**IT IS SO STIPULATED.**

Dated: June 28, 2017

Terrence J. Coleman
Michael J. Quirk
PILLSBURY & COLEMAN, LLP


By:  /s/ Michael J. Quirk
Michael J. Quirk
Attorneys for Plaintiff
LISA GALLEGOS

Dated: June 28, 2017

Linda M. Lawson
Jason A. James
Sevana Babooian
MESERVE, MUMPER & HUGHES LLP


By:  /s/ Sevana Babooian
Sevana Babooian
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

## FILER'S ATTESTATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

157309.1

2

Case No.  16-cv-01268-BLF
STIP TO CONT FILING PROP JUDGMENT
AND ATTORNEYS FEES MOTION